JAMES E. WILLIAMS, Appellant, v. WESTCHESTER STREET RAILROAD COMPANY, Respondent.— The curve in defendant's tracks was accurately measured.   It ended and was succeeded by a line of straight track for about

600 feet to the electric light pole where the front of the car stopped just after the accident. It is, therefore, demonstrated that where plaintiff fell from the rear platform was over 500 feet beyond and past this curve. While there was testimony that the car rounded the curve unusually fast, and then swayed and jerked in its course there, there was no sufficient proof of any unusual movement of the car at the later time when plaintiff fell off, or stepped off, after the car had begun to slow down under the stopping bell. The learned trial court, therefore, rightly set aside the verdict as contrary to law and against the weight of the evidence. Order directing a new trial unanimously affirmed, with costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.